IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-CR-00188-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE GOROSTIETA-GOROSTIETA
    a/k/a Enrique Ernesto Gorostieta
    a/k/a Enrique Gorostieta,
    a/k/a Pedro Hernandez,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

On or about April 19, 2022, in the State and District of Colorado, the defendant, ENRIQUE GOROSTIETA-GOROSTIETA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about July 20, 2021, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States

Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

A TRUE BILL:

<u>Ink Signature on File in the Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>s/Albert Buchman_____</u>
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0228
Fax: 303-454-0406
E-mail: al.buchman@usdoj.gov
Attorney for Government