AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 22-CR-00188-PAB |
| ENRIQUE GOROSTIETA-GOROSTIETA | ) | |
| a/k/a Enrique Ernesto Gorostieta | ) | |
| a/k/a Enrique Gorostieta, | ) | |
| a/k/a Pedro Hernandez, | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ENRIQUE GOROSTIETA-GOROSTIETA, a/k/a Enrique Ernesto Gorostieta, a/k/a Enrique Gor ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(1): Illegal Re-entry After Removal

Date:  06/08/2022                              s/*S. Phillips, Deputy Clerk*
                                                        *Issuing officer's signature*

City and state:  Denver, Colorado                Jeffrey P. Colwell, Clerk of Court
                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*  _____ .

Date: _____

                                                        *Arresting officer's signature*

                                                        *Printed name and title*