AO 442 (Rev 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

22 JUL 19 PM 3:04

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>ENRIQUE GOROSTIETA-GOROSTIETA<br>a/k/a Enrique Ernesto Gorostieta<br>a/k/a Enrique Gorostieta,<br>a/k/a Pedro Hernandez,<br><br>Defendant | )<br>)<br>)   Case No.  22-CR-00188-PAB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ENRIQUE GOROSTIETA-GOROSTIETA, a/k/a Enrique Ernesto Gorostieta, a/k/a Enrique Gor...,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(1): Illegal Re-entry After Removal


Date: 06/08/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/09/2022, and the person was arrested on *(date)* 07/18/2022<br>at *(city and state)* Centennial, CO.<br><br>Date: 07/18/2022<br><br>_____ #6754<br>*Arresting officer's signature*<br><br>O. Lawton D.O.<br>*Printed name and title* |