# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00188-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ENRIQUE GOROSTIETA-GOROSTIETA**

    Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

    Jesse D. Hall hereby provides notice of his appearance as counsel of record for the defendant, Enrique Gorostieta-Gorostieta, in the above-captioned matter.  Mr. Hall appears as counsel for the defendant pursuant to the Criminal Justice Act.

    Respectfully submitted,

Dated:  July 25, 2022

s/ Jesse D. Hall
*Jesse D. Hall*
Masterson Hall, P.C.
1544 Race Street
Denver, CO 80206
Phone:  720-445-5505
Email:  hall@mastersonhall.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify on July 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                 s/ Jesse D. Hall
                 *Jesse D. Hall*