**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00188-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ENRIQUE GOROSTIETA-GOROSTIETA**

    Defendant.

---

**NOTICE OF DISPOSITION**

---

    THE DEFENDANT, Enrique Gorostieta-Gorostieta, by and through legal counsel, Jesse Hall of Masterson Hall, P.C., hereby gives notice to this Court that a disposition has been reached in this case and respectfully requests permission for the parties to contact this Court's Chambers to schedule a Change of Plea Hearing as soon as practicable.

    Counsel has conferred with Assistant U.S. Attorney Albert C. Buchman and is authorized to state the government has no objection to this Notice of Disposition.

    WHEREFORE, the defendant respectfully requests permission for the parties to contact this Court's Chambers to schedule a Change of Plea Hearing.

                               Respectfully submitted,

Dated:  August 15, 2022                  s/ Jesse D. Hall
                                              ***Jesse D. Hall***
                                              Masterson Hall, P.C.
                                              1544 Race Street
                                              Denver, CO 80206
                                              Phone:  720-445-5505
                                              Email:  hall@mastersonhall.com
                                              Attorney for Defendant

## **CERTIFICATE OF SERVICE**

       I hereby certify on August 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                            s/ Jesse D. Hall
                                            ***Jesse D. Hall***