IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 22-cr-00188-PAB | Date: September 6, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,          Albert Buchman

   Plaintiff,

v.

1. ENRIQUE GOROSTIETA-GOROSTIETA,     Jesse Hall

   Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**3:30 p.m.**     **Court in session.**

Appearances of counsel. Defendant present in custody.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 of the Indictment.

Court states its findings of fact and conclusions of law.

**ORDERED:**    Court Exhibits 1 and 2 are admitted.

**ORDERED:**    The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for January 13, 2023 at 9:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**3:55 p.m.** Court in recess.

Hearing concluded.
Total time in court:    00:25