IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00188-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE GOROSTIETA-GOROSTIETA,
    a/k/a Enrique Ernesto Gorostieta,
    a/k/a Enrique Gorostieta,
    a/k/a Pedro Hernandez,

    Defendant.

**MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)**

The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).

\\

\\

\\

\\

The defendant's agreement to plead guilty and timely notice permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated:   December 28, 2022

                                  Respectfully submitted,

                                  COLEGE FINEGAN
                                  United States Attorney

By:   *s/ Albert Buchman*
        Albert Buchman
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone:   (303) 454-0203
        Fax:   (303) 454-0405
        E-mail: al.buchman@usdoj.gov
        Attorney for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office