IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00188-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE GOROSTIETA-GOROSTIETA,
    a/k/a Enrique Ernesto Gorostieta,
    a/k/a Enrique Gorostieta,
    a/k/a Pedro Hernandez,

    Defendant.

---

**MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE**

---

The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a one-level downward departure pursuant to Section 5K3.1 of the United States Sentencing Guidelines authorizing early disposition programs.

\\

\\

\\

1

The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter ECF 19.

Respectfully submitted December 28, 2022

                                                COLEGE FINEGAN
                                                United States Attorney

By:    *s/ Albert Buchman*
        Albert Buchman
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, Colorado   80202
        Phone:  (303)   454-0100
        Fax: (303) 454-0403
        E-mail: al.buchman@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office