IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 22-cr-00188-PAB | Date: January 13, 2023 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |
| Probation Officer: Sara Johnson | |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1. ENRIQUE GOROSTIETA-GOROSTIETA, | Jesse Hall |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING HEARING**

**9:02 a.m.     Court in session.**

Appearances of counsel.  Defendant present in custody.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Gorostieta-Gorostieta.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant shall be imprisoned for 41 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.**

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   **Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately. No fine is imposed.**

**ORDERED:**   **Government's Motion to Grant the Defendant and Additional One-Level Decrease Pursuant to USSG § 3E1.1(b) [22] is GRANTED.**

**ORDERED:**   **Government's Motion for One-Level Downward Departure [23] is GRANTED.**

Defendant advised of right to appeal.

**ORDERED:**   **Defendant is remanded to the custody of the U. S. Marshal.**

**9:35 a.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:33